FILED
John E. Triplett, Acting Clerk
United States District Court

By mgarcia at 3:46 pm, Jun 25, 2020

# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

DARREN JAMAINE CHIPMAN,

    Plaintiff,

v.

WARDEN COLEMAN, et al.,

    Defendants.

CV 519-100

**ORDER**

On June 8, 2020, Plaintiff Darren Chipman was Ordered to show cause, within fourteen (14) days, why this case should not be dismissed for failure to prosecute. Plaintiff was warned that his "failure to file a response will result in the dismissal of this action." Plaintiff has failed to respond. Accordingly, this action is **DISMISSED without prejudice.**

**SO ORDERED**, this 25 day of June, 2020.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA