AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia



FILED
John E. Triplett, Acting Clerk
United States District Court

By CAsbell at 3:49 pm, Jun 26, 2020

Darren Jamaine Chipman

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 5:19cv100

Warden Coleman, et al.,

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court dated June 25, 2020, dismissing this civil action without prejudice, judgment is hereby entered. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE

Date: June 24, 2020

John E. Triplett, Acting Clerk of Court
Clerk

Megan Garcia
(By) Deputy Clerk

GAS Rev 10/1/03